# EXHIBIT 12

Attachment #

# BRESHNA MISSION ANALYSIS

# ANA Commando Program

## CSTC-A/CFSOCC
### Update
### 24 Aug 06